THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kareem Weaver, Appellant.
 
 
 

Appeal From Horry County
 Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No. 2007-UP-373
Submitted September 1, 2007  Filed September 18, 2007    

APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, South Carolina Commission on Indigent Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor John Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Kareem Weaver (Appellant) pled guilty to strong armed robbery and was sentenced to four years in prison.  On appeal, counsel for Appellant has filed a final brief along with a petition to be relieved as counsel.  Appellant has not filed a pro se response.  After a thorough review of the record pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.          
 
APPEAL DISMISSED.[1]
HEARN, C.J., and HUFF and KITTREDGE, JJ., concur.  

[1]  This case is decided without oral argument pursuant to Rule 215, SCACR.